1546

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 22-134 |
| v. | (21 U.S.C. § 846) |
| ANDREW BLACK | [UNDER SEAL] |

FILED
MAY 24 2022
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about March 31, 2020, in the Western District of Pennsylvania, the defendant, ANDREW BLACK, did knowingly, intentionally, and unlawfully attempt to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

In violation of Title 21, United States Code, Section 846.

A True Bill,

_____
Foreperson

_____
CINDY K. CHUNG
United States Attorney
PA ID No. 317227

_____
BRIAN W. CASTELLO
Assistant United States Attorney
PA ID No. 318609

1