CRITICAL CASE INFORMATION SHEET          22-134

Pittsburgh __X__        Erie _____        Johnstown _____

Related to No. _____  Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:  1.   __X__  Narcotics and Other Controlled Substances
           1a.  _____  Narcotics and Other Controlled Substances
                       (3 or more Defendants)
           2.   _____  Fraud and Property Offenses
           2a.  _____  Fraud and Property Offenses
                       (3 or more Defendants)
           3.   _____  Crimes of Violence
           4.   _____  Sex Offenses
           5.   _____  Firearms and Explosives
           6.   _____  Immigration
           7.   _____  All Others

Defendant's name:                          ANDREW BLACK

Is indictment waived:          _____ Yes       __X__ No

Pretrial Diversion:            _____ Yes       __X__ No

Juvenile proceeding:           _____ Yes       __X__ No

Defendant is:                  __X__ Male      _____ Female

Superseding indictment or information   _____ Yes    __X__ No

            Previous case number: _____

If superseding, previous case was/will be:

       _____ Dismissed on defendant's motion
       _____ Dismissed on government's motion
       _____ After appellate action
       _____ Other (explain)

County in which first offense cited
occurred:                                  Allegheny

Previous proceedings before
Magistrate Judge:                          _____

       Case No.:                           _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | _____ |
| Defendant: | ____ is in custody | _X_ is not in custody |
| Name of Institution: | | _____ |
| Custody is on: | ____ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | ____ Federal |
| Detainer filed: | ____ yes | ____ no |
| Date detainer filed: | | _____ |
| Total defendants: | _1_ | |
| Total counts: | _1_ | |
| Data below applies to defendant No.: | _1_ | |
| Defendant's name: | ANDREW BLACK | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Attempt to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: MAY 2 4 2022

/s/ Brian W. Castello
BRIAN W. CASTELLO
Assistant U.S. Attorney
PA ID No. 318609