IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ANDREW BLACK

Criminal No. 22- 134

[UNDER SEAL]

## ARRAIGNMENT PLEA

Defendant ANDREW BLACK

being arraigned, pleads _not guilty_

in open Court this _22nd_ day of _august_, 20 _22_

_____
(Defendant's Signature)

_____
(Attorney for Defendant)